[No. 6571-5-III.  Division Three.  May 16, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
RALPH MINOR, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 83-1-00901-0, Bruce P. Hanson, J., entered May 31, 1984. *Affirmed* by unpublished opinion per

Thompson, J., concurred in by McInturff, A.C.J., and Munson, J.